UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY CUMMINGS and<br>HARRY CUMMINGS, Jr.,<br>Administrator of Estate of Mary Louise<br>Cummings, Deceased<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION<br><br>No. 11-02691 |

## ORDER

**AND NOW** this 30th day of September, 2011, upon consideration of Defendant, Allstate Insurance Company's ("Allstate") Motion to Dismiss (Doc. No. 9) and the response thereto, it is hereby **ORDERED** that Allstate's Motion to Dismiss is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　/s/ ROBERT F. KELLY
　　　　　　　　　　　　　　　　　　ROBERT F. KELLY
　　　　　　　　　　　　　　　　　　SENIOR JUDGE