# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BARRY CUMMINGS and HARRY CUMMINGS, Jr., Administrator of Estate of Mary Louise Cummings, Deceased, : : : : : : Plaintiffs, : : v. : : ALLSTATE INSURANCE COMPANY, : : Defendant. : : | : : CIVIL ACTION : : No. 11-02691 |

## ORDER

**AND NOW**, this 27th day of December, 2011, upon consideration of the Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. No. 13) submitted by Defendant Allstate Insurance Company ("Defendant"), and the Response and Reply thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant's Motion to Dismiss is hereby **DENIED**. However, we **GRANT** Defendant's alternative request, and we hereby **ORDER** Plaintiffs Barry Cummings and Harry Cummings, Jr., to **JOIN** David Bonsall to this action.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE