UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY CUMMINGS and <br> HARRY CUMMINGS, Jr., <br> Administrator of Estate of Mary Louise <br> Cummings, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE CO., and <br> DAVID BONSALL, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> No. 11-02691 |

**O R D E R**

**AND NOW**, this 19th day of June, 2012, upon consideration of the "Motion to Dismiss Plaintiffs' Fourth Amended Complaint Pursuant to Rule 12(b)(7)" filed by Defendant, Allstate Insurance Company ("Allstate") (Doc. No. 25), against Plaintiffs, Barry Cummings and Harry William Cummings, Jr., Administrator of the Estate of Mary Louise Cummings, Deceased (collectively "Plaintiffs"), and Plaintiffs' Response thereto, and after argument in open court, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Plaintiffs' Fourth Amended Complaint is **DISMISSED** with **PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE